Yana A. Hart Esq. (SBN: 306499)
yana@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff
Ryan Coyle*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ryan Coyle, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Desert Lake Group, LLC,<br><br>Defendant. | CASE NO.: 3:20-CV-00076-DMS-BLM<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Ryan Coyle hereby moves this Court to dismiss the above entitled action without prejudice as to the named Plaintiff and without prejudice as to the putative class, due to the filling by Defendant in another court.

WHEREFORE, Plaintiff respectfully requests that this court dismiss this action without prejudice.

Dated: July 1, 2020                                     **KAZEROUNI LAW GROUP, APC**

                                                                    By: s/ Yana A. Hart
                                                                          Yana A. Hart, Esq.
                                                                          *Attorney for Plaintiff*